Monroe S. Jacobs, Appellant, *v.* The Choc-Lo Co., Inc., and Another, Respondents.

*Appeal — verdict set aside by trial court on ground of error in admission of testimony — Appellate Division may consider other grounds urged — order affirmed on ground stated below and because verdict was against evidence.*

Appeal from an order of the Supreme Court, made at the New York Trial Term and entered in the New York county clerk's office on May 18, 1925, setting aside the verdict of a jury in favor of the plaintiff and granting a new trial upon a motion made upon the minutes.

Per Curiam: The plaintiff obtained a verdict from the jury against the defendant Conrad Hubert personally and also against the corporation of which he was president, upon the theory that he was employed both by the corporation and by the defendant Hubert personally. The verdict was set aside solely because of error in the admission of evidence. Additional grounds having been urged upon the motion to set aside the verdict, we are in a position to consider those grounds. (*Logan* v. *Guggenheim*, 230 N. Y. 19.) We have reached the conclusion that the verdict was not only based upon erroneous evidence but that it was clearly against the weight of the credible evidence and should have been set aside on that additional ground. The order should, therefore, be affirmed, with costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ. Order affirmed, with costs.

---

Carl Zetterholm, an Infant, etc., Appellant, v. Jernov Realty Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

The City of New York, Respondent, v. W. G. Cornell Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Gladly Realty Corporation, Respondent, v. Floretta Holding Corporation, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Norah Blake, Respondent, v. The Empress Manufacturing Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

The Central Railroad Company of New Jersey, Appellant, v. Eben Erskine Olcott, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Finch and McAvoy, JJ., dissent.

The People of the State of New York, Respondent, v. Louis Amberg, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Sabine Shostak, Respondent, v. Francis A. Dugro, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.